*Western Dist.*
*Sept* 1827.

A party to anact cann ot al'edge its simulation when he has no counter letter.

## RAWLE vs. FENNESSEY.

APPEAL from the court of the fifth district.

PORTER, J. delivered the opinion of the court. This case presents but one question, and that is whether a party to a public act who has not a counter letter, can be permitted to prove that it was feigned and simulated. It is clear he cannot, and it is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*I. L. & J. Baker* for the plaintiff, *Lesassier & Bowen* for the defendant.